# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jeremy Bunker,

        Plaintiff(s),

v.

County of Clark,

        Defendant(s).

2:23-cv-01597-GMN-NJK

**ORDER**

        This case is referred to me for an Early Neutral Evaluation Conference ("ENE"). Defendant County of Clark made its first appearance on October 26, 2023. Pursuant to LR 16-6, "Unless good cause is shown, the early neutral evaluation session must be held by the court not later than 90 days after the first responding party appears."

        I am scheduled to retire on January 7, 2024, and my successor will be sworn in on January 8, 2024. I am not able to schedule an ENE before my retirement, and calendar congestion may prevent my successor from scheduling the ENE before January 25, 2024. In these circumstances, I find that good cause exists to hold an ENE in this case on or after January 25, 2024.

        The parties may expect entry of an order scheduling the ENE in this case after January 7, 2024.

        DATED this 27th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE