# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BUNKER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>COUNTY OF CLARK,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01597-GMN-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is a proposed discovery plan. Docket No. 14. The discovery plan includes a number of erroneous citations. The local rules include no rule "26-1(e)." Moreover, "LR 26-4" does not govern modifications of the scheduling order, as the operative rules moved that provision years ago. Accordingly, the discovery plan is **DENIED** without prejudice. Counsel must consult with the governing local rules, which became effective more than three years ago on April 17, 2020, and are available on the Court's website. The parties must file an amended proposed discovery plan by December 19, 2023.

IT IS SO ORDERED.

Dated: December 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1