# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jeremy Bunker,<br><br>                Plaintiff(s),<br><br>vs.<br><br>County of Clark,<br><br>                Defendant(s). | 2:23-cv-01597-GMN-NJK<br><br>**Order** |

Pending before the Cout is defendant's *Motion to Request for Partial Exemption from ENE Attendance Requirement* (ECF No. 21).  The ENE is scheduled for February 13, 2024.

Any objections to defendant's Motion must be filed by no later than **5:00 PM, February 7, 2024.**  If no objection is timely received by the deadline, the Court will consider the Motion unopposed.

DATED this 6th day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge