STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEREMY BUNKER, an individual,            )
                                          )
                    Plaintiff,            )     Case No:      2:23-cv-01597-GMN-NJK
                                          )
          vs.                             )
                                          )     **STIPULATION AND ORDER FOR**
CLARK COUNTY, a political subdivision of )    **DISMISSAL WITH PREJUDICE**
the State of Nevada,                      )
                                          )
                    Defendant.            )
_____)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30th day of May, 2024.

DATED this 30th day of May, 2024.

HATFIELD & ASSOCIATES, LTD.

CLARK COUNTY DISTRICT ATTORNEY

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq.
Bar No. 7373
703 S. Eighth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Jeremy Bunker*

*/s/ Scott Davis*
Scott Davis
Deputy District Attorney
Bar No. 10019
500 S. Grand Central Pkwy, #5075
Las Vegas, Nevada 89155
*Attorney for Defendants Clark County*

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this __31__ day of ____May____, 2024.

_____
U.S. DISTRICT COURT JUDGE